NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**IN RE: GESTURE TECHNOLOGY PARTNERS, LLC,**
*Appellant*

———————————

2024-1585

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 90/014,902.

———————————

**JUDGMENT**

———————————

JOHN WITTENZELLNER, Williams Simons & Landis PLLC, Philadelphia, PA, argued for appellant. Also represented by FRED WILLIAMS, Austin, TX.

JUSTIN BOVA, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee John A. Squires. Also represented by NICHOLAS THEODORE MATICH, IV, PETER JOHN SAWERT.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, BRYSON, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT



October 16, 2025
Date

Jarrett B. Perlow
Clerk of Court